UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| ALAN BRUCE CARPENTER, | Civil No. 14-1664 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

_____

Lionel H. Peabody, **PEABODY LAW OFFICE**, Post Office Box 10, Duluth, MN 55801, for plaintiff,

Pamela Marentette, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated July 27, 2015 (Docket No. 26), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Docket No. 17) and Defendant's Motion for Summary Judgment (Docket No. 21) are **GRANTED IN PART** and **DENIED IN PART** as set forth in the Report and Recommendation.

2. The decision to reopen the October 12, 2011 benefits determination is **REVERSED** and the benefits determination is **REINSTATED**; and

3. This action is **DISMISSED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 26, 2015          s/John R. Tunheim
at Minneapolis, Minnesota    JOHN R. TUNHEIM
                                        Chief Judge
                                        United States District Court